FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIKI P.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | NO:  2:23-CV-13-RMP<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 8.  Plaintiff Miki P.[1] is represented by attorney Christopher H. Dellert.  The Commissioner of Social Security is represented by Special Assistant United States Attorney Franco L. Becia.

After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand, **ECF No. 8**, is **GRANTED**.  Pursuant to the parties' stipulation, the Commissioner's final decision is **reversed and remanded** under sentence four

---

[1] The Court uses Plaintiff's first name and last initial to protect her privacy.

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 1

of 42 U.S.C. §405(g) for a new hearing before an administrative law judge ("ALJ") and a new decision regarding Plaintiff's applications for disability benefits. *See* ECF No. 8 at 1–2. On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a de novo hearing, and issue a new decision. *See id.*

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to counsel, enter judgment in favor of Plaintiff, and **close the file**.

**DATED** April 17, 2023.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 2